1  Ted M. Cabral, Esq. (CSB# 169397)
   LAW OFFICE OF TED M. CABRAL
2  1115 13th Street, Suite A
   Modesto, California 95354
3
   Telephone: (209) 576-7777
4  Facsimile:  (209) 576-7139

5  Attorneys for Plaintiffs Edward C. Persike III
   and Diane C. Persike

6

7                  UNITED STATES DISTRICT COURT

8                  EASTERN DISTRICT OF CALIFORNIA

9                          FRESNO DIVISION

10

11 EDWARD C. PERSIKE III and   )  CIVIL ACTION NO.: CIV-F-04-5209-JKS LJO
   DIANE C. PERSIKE,           )
12                             )  STIPULATION AND ORDER OF DISMISSAL
                 Plaintiffs,   )
13                             )
   v.                          )
14                             )
   PACIFIC CREDITORS           )
15 ASSOCIATION, INC., a        )
   California corporation, CRAIG'S )
16 TOWING SERVICE, and Does    )
   1 to 100, Inclusive,        )
17                             )
                 Defendants.   )
18 _____)

19

20

21

22

23

24

25

26                              -1-

Pursuant to the provisions of F.R.C.P. Rule 41(a)(1), the undersigned parties, having entered into a settlement agreement, hereby stipulate to the dismissal of CRAIG'S TOWING SERVICE from this action. Said dismissal is to be with prejudice, each party to bear their own costs.

Dated: 3/29/06          , 2006   CRAIG'S TOWING SERVICE

_____
By: Christina Price, Owner

Dated: 3-30          , 2006   LAW OFFICE OF TED M. CABRAL

_____
Ted M. Cabral, Esq.
Attorney for Plaintiffs
Edward C. Persike III and Diane C. Persike

---

Pursuant to the Stipulation of the Parties, this matter is hereby dismissed with prejudice.

IT IS SO ORDERED

Dated: April 4      , 2006   /s/ James K. Singleton
                              UNITED STATES DISTRICT COURT JUDGE